JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CO. LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUN COAST MERCHANDISE CORP.,<br><br>　　　　Defendant. | CV 10-7145 PA (SSx)<br><br>JUDGMENT |

Pursuant to the Court's Minute Order of June 13, 2011, granting Plaintiff Qwest Communications Co. LLC's ("Plaintiff's") Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment in its favor against defendant Sun Coast Merchandise Corp. ("Defendant") in the amount of $9,733,626.04, plus simple interest at the rate of 9% per annum to the date of the filing of this Judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant take nothing and that Plaintiff shall have its costs of suit.

IT IS SO ORDERED.

DATED: June 15, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE