JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CO. LLC, <br><br> Plaintiff, <br><br> v. <br><br> SUN COAST MERCHANDISE CORP., <br><br> Defendant. | CV 10-7145 PA (SSx) <br><br> AMENDED JUDGMENT |

Pursuant to the Court's Minute Order of June 13, 2011, granting Plaintiff Qwest Communications Co. LLC's ("Plaintiff's") Motion for Summary Judgment, and the parties' Stipulation for Entry of Award of Attorneys' Fees and Costs, filed on August 3, 2011,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment in its favor against defendant Sun Coast Merchandise Corp. ("Defendant") in the amount of $9,733,626.04, plus simple interest at the rate of 9% per annum to the date of the filing of this Judgment.

///

///

///

///

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant take
nothing and that Plaintiff shall have its attorneys' fees and costs of suit in the amount of
$170,890.40.

      IT IS SO ORDERED.

DATED: August 11, 2011

                                                Percy Anderson
                                    UNITED STATES DISTRICT JUDGE